| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) TORRES, EDWIN G. | 2. Court or Organization U.S. DIST. CT., S.D. FLA. | 3. Date of Report 10/25/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) MAGISTRATE JUDGE - FULL-TIME | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

James Lawrence King Federal Building
99 N.E. 4th Street, Rm. 1027
Miami, Florida 33132

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Miami - Adjunct Faculty Teaching | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | University of Miami School of Law - salary as Faculty member, Legal Communications Program |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts (checking/CDs) | A | Interest | J | T | | | | | |
| 2. Gibraltar Bank/Iberiabank (CD/checking) | A | Interest | J | T | | | | | |
| 3. American Express Savings | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. ROTH IRA (renamed) (H) | | | | | | | | | |
| 6. -- Fidelity Advisor Stock Selector Mid Cap ClassI Fd | | None | | | Sold | 04/12/18 | J | A | |
| 7. -- Fidelity Emerging Mkts Fd | | None | | | Sold | 11/30/18 | J | A | |
| 8. -- Fidelity Stock Selector Small Cap Fd | | None | | | Sold | 04/12/18 | J | A | |
| 9. -- Fidelity Large Cap Stock Fd | | None | | | Sold | 04/12/18 | J | A | |
| 10. -- Fidelity Large Cap Value Enhanced Index Fd | | None | | | Sold | 04/12/18 | J | A | |
| 11. -- Fidelity Stock Selector All Cap Fd | | None | | | Sold | 04/12/18 | J | A | |
| 12. -- Fidelity Contrafund | | None | | | Sold | 04/12/18 | J | A | |
| 13. -- Fidelity Growth Company Fd | | None | | | Sold | 04/12/18 | J | A | |
| 14. -- Fidelity Low Priced Stock Fd | | None | | | Sold | 04/12/18 | J | A | |
| 15. -- Fidelity Value Discovery Fd | | None | | | Sold | 04/12/18 | J | A | |
| 16. -- Fidelity Strategic Advisers Intl II Fd | A | Dividend | J | T | | | | | |
| 17. -- Fidelity SAI US Large Cap Index Fd | | None | | | Sold | 04/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Fidelity SAI Intl Index Fd | A | Dividend | J | T | | | | | |
| 19.  -- Fidelity SAI Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |
| 20.  -- Fidelity SAI US Quality Index Fd | | None | | | Sold | 04/12/18 | J | A | |
| 21.  -- Fidelity Small Cap Value Fd | | None | | | Sold | 04/12/18 | J | A | |
| 22.  -- Fidelity Select Natural Resources Fd | A | Dividend | J | T | | | | | |
| 23.  -- Fidelity Advisor High Income Classl Bond Fd | A | Dividend | | | Merged (with line 34) | 12/07/18 | J | A | |
| 24.  -- Fidelity Floating Rate High Income Bond Fd | A | Dividend | J | T | | | | | |
| 25.  -- Fidelity Advisor Strategic Classl Bond Fd | A | Dividend | J | T | | | | | |
| 26.  -- Fidelity Capital & Inc. Bond Fd | A | Dividend | J | T | | | | | |
| 27.  -- Fidelity Invest. Grade Bond Fd | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 28.  -- Fidelity Short Term Bond Fd | A | Dividend | J | T | | | | | |
| 29.  -- Fidelity Conserv. Inc. Bond Fd | A | Dividend | J | T | | | | | |
| 30.  -- Fidelity Total Bond Fd | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 31.  -- Fidelity Inflation Prot. Index Instl. Bond Fd | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 32.  -- Fidelity Govt Cash Reserve Fd | A | Int./Div. | J | T | | | | | |
| 33.  -- FIMM Govt Portfolio Instl. Class Fd | A | Int./Div. | J | T | | | | | |
| 34.  --Fidelity Advisor High Income Fd Cl 1 | A | Dividend | J | T | Open | 12/07/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Fidelity Total Mkt Index Instl Premium Class Fd | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 36. --Fidelity Strategic Advisers FID US Total Stock Fd (FCTDX) | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 37. --Fidelity Strategic Advisers Fidelity Core Income Bond Fd | A | Dividend | J | T | Buy | 10/29/18 | J | | |
| 38. --Strategic Advisers FID Emerging Markets (FCDTX) | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. EGT ROLLOVER IRA (H) | | | | | | | | | |
| 42. --JNL/Mellon Capital SmallCap Index Fd | | None | | | Sold (part) | 01/02/18 | J | A | |
| 43. | | | | | Sold | 12/20/18 | K | A | |
| 44. --JNL/Mellon Capital Emerging Mkts Index | | None | | | Sold | 01/02/18 | K | A | |
| 45. --JNL/Mellon Capital Nasdaq 100 | | None | | | Sold (part) | 01/02/18 | J | A | |
| 46. | | | | | Sold | 12/20/18 | K | A | |
| 47. --JNL/American Funds Global Growth | | None | | | Sold | 01/02/18 | K | A | |
| 48. --JNL/PPM America FL RATE INC Bd Fd | | None | | | Buy (add'l) | 01/02/18 | J | | |
| 49. | | | | | Buy (add'l) | 04/02/18 | K | | |
| 50. | | | | | Sold | 10/02/18 | K | A | |
| 51. --JNL/T. Rowe Price Est. Growth Fd | | None | | | Buy (add'l) | 07/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/02/18 | K | A | |
| 53. --JNL/Mellon Capital Intl Index Fd | | None | | | Sold | 01/02/18 | K | A | |
| 54. --JNL/Mellon Capital S&P 500 Index Fd | | None | | | Buy (add'l) | 01/02/18 | K | | |
| 55. | | | | | Sold | 04/02/18 | K | A | |
| 56. --JNL/Mellon Capital Finan. Sctr. Fd | | None | | | Sold | 01/02/18 | K | A | |
| 57. --JNL/FR Temp Global Multi Bd Fd | | None | | | Sold | 01/02/18 | K | A | |
| 58. --JNL/Mellon Capital Hlthcare Sctr. Fd | | None | | | Sold | 01/02/18 | K | A | |
| 59. --JNL/Vanguard Cap Growth Fd | | None | J | T | Buy | 01/02/18 | K | | |
| 60. | | | | | Sold (part) | 04/02/18 | K | A | |
| 61. --JNL/PIMCO Real Return Fd | | None | | | Buy | 01/02/18 | K | | |
| 62. | | | | | Sold | 04/02/18 | K | A | |
| 63. --JNL/PPM America Total Return Fd | | None | | | Buy | 01/02/18 | J | | |
| 64. | | | | | Sold | 04/02/18 | J | A | |
| 65. --JNL/JPMorgan MidCap Growth Fd | | None | | | Buy | 01/02/18 | K | | |
| 66. | | | | | Sold (part) | 04/02/18 | J | A | |
| 67. | | | | | Sold | 10/02/18 | K | A | |
| 68. --JNL/Mellon Capital 400 MC Index Fd | | None | | | Buy | 01/02/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 04/02/18 | K | A | |
| 70. --JNL/Mellon Capital S&P 1500 Growth Index Fd | | None | | | Buy | 01/02/18 | K | | |
| 71. | | | | | Sold | 04/02/18 | K | A | |
| 72. --JNL/Mellon Capital Material Sector Fd | | None | | | Buy | 01/02/18 | K | | |
| 73. | | | | | Sold | 04/02/18 | K | A | |
| 74. --JNL/Invesco Small Cap Growth Fd | | None | | | Buy | 04/02/18 | J | | |
| 75. | | | | | Sold | 07/03/18 | J | A | |
| 76. --JNL/Oppenheimer Emerging Mkts Index Fd | | None | | | Buy | 04/02/18 | J | | |
| 77. | | | | | Sold | 07/03/18 | J | A | |
| 78. --JNL/Vanguard Small Co. Growth Fd | | None | | | Buy | 07/03/18 | K | | |
| 79. | | | | | Sold | 12/20/18 | K | A | |
| 80. --JNL/WMC Govt Money Market Acct | A | Interest | | | Buy | 04/02/18 | K | | |
| 81. | | | | | Sold | 07/03/18 | K | A | |
| 82. --JNL/5Year Guaranteed Annuity - Fixed | A | Interest | M | T | Buy | 04/02/18 | L | | |
| 83. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 84. --JNL/Mellon Capital Dow Index Fd | | None | J | T | Buy | 04/02/18 | J | | |
| 85. --JNL/Morningstar Wide Moat Fd | | None | J | T | Buy | 10/02/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/20/18 | K | A | |
| 87. --JNL/Mellon Capital Real Estate Sector Fd | | None | J | T | Buy | 12/20/18 | J | | |
| 88. --JNL/Vanguard Equity Income Fd | | None | J | T | Buy | 12/20/18 | J | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. SPOUSE ROLLOVER IRA (H) | | | | | | | | | |
| 92. -- Apple Inc. Common Stock | A | Dividend | K | T | | | | | |
| 93. --Fidelity Total Bond Fund | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 94. | | | | | Sold | 10/29/18 | K | A | |
| 95. --Fidelity Investment Grade Bond Fd | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 96. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 97. | | | | | Sold | 10/29/18 | K | B | |
| 98. --Fidelity Advisor Strategic Income CL I Bd Fd | A | Dividend | J | T | | | | | |
| 99. --Fidelity SAI Int'l Index Fd | A | Dividend | J | T | Sold (part) | 12/18/18 | J | A | |
| 100. --Fidelity SAI Emerging Mkts Index Fd | A | Dividend | J | T | Buy (add'l) | 04/12/18 | J | | |
| 101. | | | | | Sold (part) | 11/30/18 | J | B | |
| 102. | | | | | Sold (part) | 12/18/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Fidelity SAI US Quality Index Fd | | None | | | Sold | 04/12/18 | J | C | |
| 104. --Fidelity Inflation Protection Bd Index | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 105. --Fidelity Select Natural Resources Fd | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 106. --Fidelity Advisor Stock Selector MidCap CL I Fd | | None | | | Sold | 04/12/18 | J | A | |
| 107. --Fidelity Stock Selector Small Cap | | None | | | Sold | 04/12/18 | J | A | |
| 108. --Fidelity Emerging Markets Fd | | None | | | Sold (part) | 09/12/18 | J | A | |
| 109. | | | | | Sold | 11/30/18 | J | B | |
| 110. --Fidelity Strategic Advisers Int'l II Fd | A | Dividend | K | T | Sold (part) | 04/12/18 | J | A | |
| 111. --Fidelity Floating Rate High Income Bank Loan Fd | A | Dividend | J | T | | | | | |
| 112. --Fidelity Low Priced Stock Fd | | None | | | Sold | 04/12/18 | K | C | |
| 113. --Fidelity Contrafund | | None | | | Sold (part) | 01/18/18 | J | A | |
| 114. | | | | | Sold | 04/12/18 | J | B | |
| 115. --Fidelity/New York Life Secure Term Fixed Annuity | B | Interest | M | T | | | | | |
| 116. --Fidelity Large Cap Value Enhanced Index Fd | | None | | | Sold | 04/12/18 | J | C | |
| 117. --Fidelity Capital & Income Bond Fd | A | Dividend | J | T | Sold (part) | 12/18/18 | J | A | |
| 118. --Fidelity SAI US Large Cap Indx Fd | | None | | | Sold | 04/12/18 | J | A | |
| 119. --Fidelity Advisor High Income CL I Fd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Fidelity Growth Company Fd | | None | | | Sold | 04/12/18 | K | C | |
| 121. --Fidelity Short Term Bond Fd | A | Dividend | J | T | Sold (part) | 10/17/18 | J | A | |
| 122. --Fidelity Conservative Income Bond Fd CL I | A | Dividend | J | T | | | | | |
| 123. --Fidelity Stock Selector AllCap Fd | | None | | | Sold | 04/12/18 | K | D | |
| 124. --Fidelity Small Cap Value Fd | | None | | | Sold | 04/12/18 | J | A | |
| 125. --Fidelity Inflation Protected Bd Index Inst'l Fd | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 126. --Fidelity 500 Index Prem. Class | A | Dividend | K | T | | | | | |
| 127. --Fidelity Large Cap Stock Fd | | None | | | Sold | 04/12/18 | K | B | |
| 128. -- FIMM Govt Portfolio Instl. Class Fd | A | Dividend | J | T | | | | | |
| 129. --Fidelity Total Mkt Index Instl Prem Class Fd (FSKAX) | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 130. --Fidelity Strategic Advisers FID Emerging Mkts Fd (FGOMX) | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 131. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 132. --Fidelity Strategic Advisers FID US Total Stock Fd (FCDTX) | A | Dividend | M | T | Buy | 04/12/18 | M | | |
| 133. | | | | | Sold (part) | 06/29/18 | J | A | |
| 134. | | | | | Sold (part) | 09/12/18 | J | A | |
| 135. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 136. | | | | | Buy (add'l) | 12/18/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Fidelity Strategic Advisers Fidelity Core Income Bd Fd (FIWGX) | A | Dividend | L | T | Buy | 10/29/18 | L | | |
| 138. | | | | | Sold (part) | 12/28/18 | J | A | |
| 139. | | | | | | | | | |
| 140. SPOUSE 401K ACCT (H) | | | | | | | | | |
| 141. -- Fidelity Freedom Index 2025W | B | Int./Div. | M | T | | | | | |
| 142. | | | | | | | | | |
| 143. SPOUSE ROLLOVER IRA #2 (H) | | | | | | | | | |
| 144. --AQR Managed Futures Fund Class Fd | | | | | Sold | 06/11/18 | J | A | |
| 145. -- Credit Suisse Commodity Return Strategy A Fd | A | Dividend | J | T | | | | | |
| 146. -- Fidelity Cnserv. Income Bd. Fd. I | A | Dividend | J | T | | | | | |
| 147. -- Fidelity SAI US Large Cap Indx Fd | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 148. -- Fidelity SAI US Quality Index Fd | A | Dividend | J | T | | | | | |
| 149. -- Fidelity SAI Long Term Treasury Bd Index Fd | A | Dividend | | | Sold (part) | 03/28/18 | J | A | |
| 150. | | | | | Sold | 06/11/18 | J | A | |
| 151. -- Fidelity SAI Int'l Min. Volatility Index Fd | A | Dividend | K | T | | | | | |
| 152. -- Fidelity SAI US Min. Volatility Index Fd | A | Dividend | K | T | Buy (add'l) | 03/28/18 | J | | |
| 153. | | | | | Buy (add'l) | 06/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/12/18 | J | A | |
| 155. -- JPMorgan US Equity Fd Class I | A | Dividend | J | T | | | | | |
| 156. --Pimco Real Return Bd Instl Class Fd | A | Dividend | J | T | | | | | |
| 157. -- PIMCO Trends Managed Futures Strategy Instl Fd | A | Dividend | J | T | | | | | |
| 158. -- Fidelity Govt Cash Reserves Bd Fd | A | Int./Div. | J | T | | | | | |
| 159. -- Mainstay Mackay Short Duration High Yld A Fd | A | Dividend | | | Sold | 10/26/18 | J | A | |
| 160. --Fidelity SAI Long Trm Treasury Bd Index Fd | | None | | | Merged (with line 149) | 06/11/18 | J | A | |
| 161. --Fidelity Value Discovery Fd | | None | | | Sold | 06/11/18 | J | A | |
| 162. --Fidelity SAI US Treasury Bd Index (FUTBX) | A | Dividend | J | T | Buy | 03/28/18 | J | | |
| 163. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 164. --Ishares Treasury Barclays 7 - 10 Yr ETF (IEF) | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 165. --Vanguard Malvern FDS Short-trm Inflation Protected Sec. Index (VTIP) | A | Dividend | J | T | Buy | 10/29/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 10/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Clarifying Line 82, as per request, as to type of annuity (fixed) and name of holding company - Jackson National Life (JNL).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **EDWIN G. TORRES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544